UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:
_____

|   |   |
|---|---|
| THE UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Court No. 22-00205 |
| | ) |
| WANXIANG AMERICA CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

TO:   The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served upon you, within 21 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**/s/ Mario Toscano**
Clerk of the Court


/s/ Mikki Cottet
MIKKI COTTET
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC  20044
Telephone: 202-307-0962
Facsimile: 202-514-7965
E-mail: Mikki.Cottet@usdoj.gov

Date:
July 13, 2022                                  Attorney for Plaintiff, The United States