UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

---------------------------------------------------------------------x
UNITED STATES.                                      :
                                                    :
                    Plaintiff,                      :
                                                    : Court No. 22-205
            v.                                      :
                                                    :
WANXIANG AMERICA CORPORATION,                       :
                                                    :
                    Defendant.                      :
---------------------------------------------------------------------x

## **ORDER**

Upon reading *Defendant's Motion for Leave to File Its Reply Brief In Excess of 7,000 Words*, upon due deliberation and consideration of all other papers before the Court, and for good cause shown, it is hereby,

ORDERED that *Defendant's Motion for Leave to File Its Reply Brief In Excess of 7,000 Words* is granted. *Defendant's Reply Brief* shall not exceed 10,000 words.

_____

Dated: New York, New York
       February\_\_\_\_\_, 2023

0

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

------------------------------------------------------------------x
UNITED STATES.                                        :
                                                      :
                            Plaintiff,                :
                                                      : Court No. 22-205
            v.                                        :
                                                      :
WANXIANG AMERICA CORPORATION,                         :
                                                      :
                            Defendant.                :
------------------------------------------------------------------x

### DEFENDANT'S MOTION
### FOR LEAVE TO FILE DEFENDANT'S REPLY BRIEF IN EXCESS OF 7,000 WORDS

Defendant, Wanxiang America Corporation, pursuant to Rule 7 of the United States Court of International Trade, respectfully requests leave to file its Reply Brief with a word count of no more than 10,000 words. Per Standard Chamber Procedures, the maximum word count for a reply brief is 7,000 words. By this motion, Defendant is asking the Court to increase the word count limitation by 3,000 words. Defendant's Reply Brief is currently due on February 4, 2023.

As currently drafted, contains approximately 10,000 words, which is 3,000 more words than is currently allowed under Standard Chamber Procedures. Defendant believes that good cause exists for the additional length for its brief in this case. This case involves a claim by the Government for $100 million in duties and penalties from Defendant in a nine count complaint against Defendant involving several categories of goods and varying levels of claimed culpability. These nine counts assert that Defendant violated 19 USC 1592 by (1) negligently failing to pay tapered roller bearing antidumping duties on Defendant's wheel hub assemblies, (2) negligently misclassifying

1

certain bearings, (3) negligently (or, depending upon the entry date, with gross negligence) misclassifying certain universal joints and universal joint parts, and (4) negligently misclassifying certain "miscellaneous" parts.

Defendant, as explained in its motion to dismiss, believes that, as a matter of law, the factual allegations in the Government's complaint do not, and cannot, establish any violation of Section 1592. The Government filed its opposition to Defendant's motion to dismiss on December 21, 2022. Defendant's reply to the Government's arguments is now due on February 4, 2023.

The Government has made numerous incorrect and misleading assertions in its opposition to Defendant's motion to dismiss that require full rejoinder by Defendant. Defendant's counsel has now drafted its Reply Brief, which is under review by Defendant. Although Defendant has endeavored to stay within the Standard Chamber Procedures 7,000 word count limit, Defendant's brief is currently just under 10,000 words.

At the time we filed our opening brief in support of our motion to dismiss, we requested, and the Court approved, our request for an additional 4,000 words. We noted in our motion for excess pages for our opening brief, which the Government did not oppose, that the numerous claims raised by the Government and the very large amount of money sought by the Government justified increasing the word limit by an additional 4,000 words. The Court agreed. Ultimately, Defendant filed its opening brief in support of the motion to dismiss with a word count of 16,812 words (and, therefore, only exceeding the 14,000 word count limitation for the opening brief by 2,812 words).

Defendant does not believe Standard Chamber Procedures should be read as establishing an immutable rule that Reply Brief's must be 7,000 words maximum. Defendant is cognizant of the fact that there must be some word count limit and that a Reply Brief should not be longer than an opening brief.  However, the additional 3,000 words Defendant requests will not result in creation of an unduly long brief, nor will Defendant's Reply Brief exceed the length of Defendant's opening brief (16,812 words vs. 10,000 words).  Moreover, the issues raised in this case represent important matters in the fair and just administration of the customs laws.  Defendant believes that this additional word count will provide the Court with a more complete understanding of Defendant's argument as to (a) why the Government cannot, as a matter of law, establish any Section 1592 violation and (b) the Government's case against the Defendant amounts to significant Government overreach by Customs.

Unlike Defendant's original motion for excess pages, which Plaintiff did not oppose, Plaintiff advised Defendant's counsel by email dated January 26, 2023, that it opposes this motion.

WHEREFORE, Defendant respectfully requests that its motion be granted and that the Court grant Defendant leave to file its Reply Brief with a maximum word count of 10,000 words.

Respectfully submitted,

ROLL & HARRIS LLP
Attorneys for Defendant

By:   /s/Michael Roll
Michael E. Roll
1999 Avenue of the Stars – Ste 1100
Los Angeles, CA 90067
Tel: (310) 294-9501

Dated: January 27, 2023