UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

-----------------------------------------------------------------------x
UNITED STATES.                                  :
                                                :
                        Plaintiff,              :
                                                : Court No. 22-205
            v.                                  :
                                                :
WANXIANG AMERICA CORPORATION,                   :
                                                :
                        Defendant.              :
-----------------------------------------------------------------------x

# **ORDER**

Upon due consideration of *Defendant's Motion for Leave to File Its Reply Brief In Excess of 7,000 Words* and Plaintiff's response in opposition, it is hereby,

ORDERED that *Defendant's Motion for Leave to File Its Reply Brief In Excess of 7,000 Words* is granted in part and denied in part. *Defendant's Reply Brief* shall not exceed 9,000 words.

/s/     Gary S. Katzmann
--------------------------------------
Judge

Dated: New York, New York
        January 30, 2023