IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE GARY S. KATZMANN, JUDGE

---

|  |  |
|---|---|
| THE UNITED STATES | : |
|  | : |
| Plaintiff, | : Court No. 22-00205 |
|  | : |
| v. | : |
|  | : |
| WANXIANG AMERICA CORPORATION | : |
|  | : |
| Defendant. | : |

---

## ORDER

Upon consideration of the defendant's consent Motion to Stay Further Proceedings, it is hereby

**ORDERED,** that the motion to stay is **GRANTED,** and it is further

**ORDERED,** that further proceedings in this case are hereby stayed for 180 days.

_____
Hon. Gary S. Katzmann Judge

Dated:  September __, 2024
New York, NY