IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE GARY S. KATZMANN, JUDGE

_____
| )
THE UNITED STATES, | )
| )
      Plaintiff, | )
| )
      v. | )    Court No. 22-00205
| )
WANXIANG AMERICA CORPORATION, | )
| )
      Defendant. | )
_____)

### **PLAINTIFF'S STATUS REPORT ON BEHALF OF THE PARTIES**

    In response to the Court's paperless order entered on September 30, 2025, ECF No. 55, plaintiff, the United States, respectfully submits this status report on behalf of the parties. On November 14, 2025, defendant's counsel, Michael Roll of the law firm Roll & Harris LLP, authorized plaintiff to file this status report on behalf of the parties.

    The parties have worked diligently to resolve this penalty action without the necessity of further litigation, and we have reached an agreement in principle to settle the claims raised in the complaint. Although the parties have drafted the proposed settlement agreement, additional time is required to permit Government counsel to obtain necessary approval that is required prior to executing a settlement agreement with the defendant and stipulating the dismissal of this case.

    Undersigned counsel prepared a memorandum for supervisory consideration and approval, and that memorandum is currently being reviewed by the Office of the Associate General Counsel. However, at the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed, and Department of Justice attorneys were prohibited from working, even on

a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.  On November 12, 2025, Congress appropriated funds for the Department through January 30, 2026, and attorneys were permitted to resume their usual civil litigation functions as of November 13, 2025.

For the foregoing reasons, the parties respectfully request that the Court extend the stay for an additional 31 days, until December 15, 2025, to permit Government counsel to obtain the necessary supervisory consideration and, if supervisory approval is obtained, allow the parties to execute their settlement agreement and file a stipulation of dismissal with the Court.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Mikki Cottet
MIKKI COTTET
Senior Trial Counsel
Commercial Litigation Branch
Civil Division

*OF COUNSEL*:

STEVEN J. HOLTKAMP
Office of Associate Chief Counsel
U.S. Customs and Border Protection
610 S. Canal St., Ste. 767
Chicago, IL 60607

U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC  20044
Telephone: 202-307-0962
Facsimile: 202-514-7965
E-mail: Mikki.Cottet@usdoj.gov

November 14, 2025

Attorneys for Plaintiff, United States