IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE GARY S. KATZMANN, JUDGE

_____
|   |
| THE UNITED STATES, |
|   |
|     Plaintiff, |
|   |
| v. | Court No. 22-00205
|   |
| WANXIANG AMERICA CORPORATION, |
|   |
|     Defendant. |
_____

STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, and pursuant to the terms of the parties' settlement agreement, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action, with prejudice.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Mikki Cottet
MIKKI COTTET
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC  20044

        Telephone: (202) 307-0962
        E-mail: Mikki.Cottet@usdoj.gov

        Attorneys for Plaintiff, United States

        ROLL & HARRIS LLP
        <u>/s/ Michael E. Roll</u>
        Michael E. Roll
        2121Avenue of the Stars
        Suite 800
        Los Angeles, CA 90067
        Telephone: (310) 294-9501
        Email: michael.roll@thetradelawfirm.com

        <u>/s/ Brent Ian Harris</u>
        Brett Ian Harris
        2001 L Street NW
        Suite 500
        Washington, DC  20006
        Telephone: (845) 255-1850
        Email: brett.harris@thetradelawfirm.com

December 16, 2025        Attorneys for Defendant, Wanxiang America Corporation

## **ORDER OF DISMISSAL**

    This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: _____, 2025

        Clerk, U.S. Court of International Trade

        By: _____
                    Deputy Clerk

Court No. 22-00205