IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE GARY S. KATZMANN, JUDGE

_____
|                                    )
THE UNITED STATES,                   )
                                         )
     Plaintiff,                     )
                                         )
    v.                                )  Court No. 22-00205
                                         )
WANXIANG AMERICA CORPORATION,        )
                                         )
     Defendant.                     )
_____)

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, and pursuant to the terms of the parties' settlement agreement, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action, with prejudice.

                    Respectfully submitted,

                    BRETT A. SHUMATE
                    Assistant Attorney General

                    PATRICIA M. McCARTHY
                    Director

                    /s/ Claudia Burke
                    CLAUDIA BURKE
                    Deputy Director

                    /s/ Mikki Cottet
                    MIKKI COTTET
                    Senior Trial Counsel
                    Commercial Litigation Branch
                    Civil Division
                    U.S. Department of Justice
                    P.O. Box 480, Ben Franklin Station
                    Washington, DC  20044

        Telephone: (202) 307-0962
        E-mail: Mikki.Cottet@usdoj.gov

        Attorneys for Plaintiff, United States

        ROLL & HARRIS LLP
        <u>/s/ Michael E. Roll</u>
        Michael E. Roll
        2121Avenue of the Stars
        Suite 800
        Los Angeles, CA 90067
        Telephone: (310) 294-9501
        Email: michael.roll@thetradelawfirm.com

        <u>/s/ Brent Ian Harris</u>
        Brett Ian Harris
        2001 L Street NW
        Suite 500
        Washington, DC  20006
        Telephone: (845) 255-1850
        Email: brett.harris@thetradelawfirm.com

December 16, 2025        Attorneys for Defendant, Wanxiang America Corporation

## **ORDER OF DISMISSAL**

    This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: <u>December 18</u> , 2025

        Clerk, U.S. Court of International Trade

        By: <u>/s/      Geoffrey Goell          </u>
                Deputy Clerk

Court No. 22-00205